FILED
07 DEC 14 AM 9:51

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>v.<br>**Jose Manuel DIAZ-Loera,**<br>Defendant | Magistrate Docket No. '07 MJ 2898<br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **December 13, 2007** within the Southern District of California, defendant, **Jose Manuel DIAZ-Loera,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James E. Bailey
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **14th** DAY OF **December, 2007.**

Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Manuel DIAZ-Loera**

## PROBABLE CAUSE STATEMENT

On December 13, 2007, Senior Patrol Agent S. Ramos was patrolling an area near Tecate, California known as Mission Road. This area is approximately 1 mile west of the Tecate, California Port of Entry and 1 mile north of the United States and Mexico International Boundary. This area is commonly used by illegal aliens making their way north into the United States.

At approximately 6:00am, Agent Ramos responded to Infrared Night Scope Operator Senior Patrol Agent D. Carr, who spotted two individuals walking northbound in a creek from the Mexican border. As Agent Ramos approached their location, they immediately attempted to conceal themselves in the thick vegetation. Agent Carr guided Agent Ramos toward their position, and upon encountering them Agent Ramos identified himself as United States Border Patrol Agent. Agent Ramos conducted an immigration field interview on both subjects as to their citizenship and immigration status. Both subjects, including one later identified as the defendant DIAZ-LOERA, Jose Manuel admitted to being citizens and nationals of Mexico present in the United States without proper immigration documents that would allow them to enter or remain in the United States legally. At approximately 6:15am, both subjects were arrested and transported to the United States Border Patrol Brown Field Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 10, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.