**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Jose Manuel Diaz-Loera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CASE NO. 08CR0054-IEG |
| v. | ) | |
| JOSE MANUEL DIAZ-LOERA, Defendant. | ) | MOTION TO SHORTEN TIME |

Mr. Diaz-Loera by and through his attorney, Kris J. Kraus and Federal Defenders of San Diego, Inc., moves this Court for an order shortening time for filing Mr. Diaz-Loera's motions to (docket number 11) to eleven (11) days, to be heard February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reasons:

press of business.

Respectfully submitted,

Dated: February 14, 2008

/s/ Kris J. Kraus
**KRIS J. KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Jose Manuel Diaz-Loera
Kris_Kraus@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Nicole Jones
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: nicole.jones@usdoj.gov

Dated: February 14, 2008

/s/ Kris J. Kraus
KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: kris_kraus@fd.org