**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Jose Manuel Diaz-Loera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE IRMA E. GONZALEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE MANUEL DIAZ-LOERA,<br>Defendant. | CASE NO. 08CR0054-IEG<br><br>ORDER TO SHORTEN TIME |

**IT IS HEREBY ORDERED**, that time for hearing the defendant's motions be shortened to eleven (11) days, to be heard February 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

**DATED: February 15, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**